UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
                                    )
LYNX SYSTEMS DEVELOPERS, INC., and  )
ISOLYNX, LLC,                       )      Case No. MC17-0076RSL
                                    )
              Plaintiffs,      )
      v.                            )
                                    )      ORDER
ZEBRA ENTERPRISE SOLUTIONS          )
CORPORATION, ZEBRA TECHNOLOGIES     )
CORPORATION, and ZIH CORP.,         )
                                    )
              Defendants.      )
_____ )

      This matter comes before the Court on plaintiffs' opposition to defendants' motion to quash a third-party subpoena issued to the University of Washington. In light of the opposition, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation.

      Dated this 1st day of August, 2017.

                                */s/ Robert S. Lasnik*
                                Robert S. Lasnik
                                United States District Judge

ORDER