# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LYNX SYSTEM DEVELOPERS INC. and ISOLYNX, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ZEBRA ENTERPRISE SOLUTIONS CORPORATION, ZEBRA TECHNOLOGIES CORPORATION, and ZIH CORP., <br><br> Defendants. | CASE NO. C17-1165 JLR <br><br> ORDER GRANTING PLAINTIFFS' MOTION TO SEAL |

This matter comes before the court on Plaintiffs Lynx System Developers Inc. and Isolynx, LLC's (collectively, "Plaintiffs") motion to seal Exhibit C to the Declaration of Ashley E. LaValley. (Mot. (Dkt. # 10) at 1-2.; *see also* LaValley Decl. (Dkt. # 9); Exhibit C (Dkt. # 11) (sealed).) Defendants Zebra Enterprise Solutions Corporation, Zebra Technologies Corporation, and ZIH Corp. (collectively, "Defendants") do not

1 | oppose Plaintiffs' motion. (Resp. (Dkt. # 20).) The court has reviewed the submissions

2 | of the parties and the relevant law, and for the reasons set forth below, GRANTS

3 | Plaintiffs' motion.

4 | The parties ask the court to seal Exhibit C, which is an email chain among counsel

5 | for Defendants, Plaintiffs, and the University of Washington ("UW Email Chain"). This

6 | email chain was designated by Defendants as "HIGHLY CONFIDENTIAL-OUTSIDE

7 | ATTORNEYS EYES ONLY," pursuant to the Stipulated Protective Order entered in the

8 | underlying Massachusetts action. *See Lynx Sys. Developers, Inc., et al. v. Zebra*

9 | *Enterprise Solutions Corp., et al.*, Case No. 1:15-cv-12297-GAO (D. Mass.), Dkt. # 96.

10 | Under Western District of Washington Local Civil Rule 5(g)(3)(B), a motion to

11 | seal a document must include "a specific statement of the applicable legal standard and

12 | the reasons for keeping a document under seal," including "the legitimate private or

13 | public interests that warrant the relief sought," "the injury that will result if the relief

14 | sought is not granted," and "why a less restrictive alternative to the relief sought is not

15 | sufficient." Local Rules W.D. Wash. LCR 5(g)(3)(B). Having reviewed Exhibit C, the

16 | court concludes that it contains sensitive business information that would cause

17 | substantial injury to Defendants if the public were allowed access, such that sealing the

18 | document is the least restrictive means of protecting the confidential information.

19 | Accordingly, the court GRANTS Plaintiffs' motion to seal (Dkt. # 10), and

20 | DIRECTS the clerk to maintain the seal on docket number 11.

21 | Dated this 15th day of August, 2017.

22 |

JAMES L. ROBART
United States District Judge