UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNX SYSTEM DEVELOPERS INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ZEBRA ENTERPRISE SOLUTIONS CORPORATION, et al.,<br><br>Defendants. | CASE NO. C17-1165JLR<br><br>ORDER ACCEPTING DEFENDANTS' WITHDRAWAL OF PENDING MOTION TO QUASH AND MOTION TO SEAL |

Before the court is Zebra Enterprise Solutions Corporation, Zebra Technologies Corporation, and ZIH Corp.'s (collectively, "Defendants") notice of withdrawal of two pending motions: a motion to quash Lynx System Developers, Inc. and Isolynx, LLC's (collectively, "Plaintiffs") Subpoena to the University of Washington or Transfer to the District of Massachusetts, and a motion to seal Exhibit 3 to the Declaration of Eric Cheng. (Not. of Withdrawal (Dkt # 21) at 1; *see also* Mot. to Quash (Dkt. # 1); Mot. to

Seal (Dkt. # 18); Cheng Decl. (Dkt. # 17); Exhibit 3 (Dkt. # 19).) Based on Defendants' notice of withdrawal, the court DIRECTS the clerk to remove the seal on docket number 19 and to close the case.

Dated this 17th day of August, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge